UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )
                               )
v.                             )          No: 3:09-CR-104
                               )          (VARLAN / SHIRLEY)
CHRISTOPHER W. JONES,          )
                               )
              Defendant.       )

## MEMORANDUM AND ORDER

This matter is before the Court pursuant to a Revocation Hearing set before the undersigned on August 25, 2010 at 1:30 p.m. A Petition for Action on Conditions of Pretrial Release was filed on April 7, 2010 [Doc. 52]. The defendant had an initial appearance on the Petition for Action on Conditions of Pretrial Release before the undersigned on April 15, 2010 [Doc. 53]. The defendant was remanded to the custody of the United States Marshal and a Revocation Hearing was set for August 13, 2010 at 10:00 a.m. The defendant had a sentencing hearing set for August 12, 2010 at 11:00 a.m. before the Honorable Thomas A. Varlan [Doc. 55].

On August 10, 2010, the Court has a telephone conference with Assistant United States Attorney Matt Morris and Attorney Bruce Poston regarding continuing the Revocation Hearing set for August 13, 2010 at 10:00 a.m. before the undersigned. The parties agreed to continuing the Revocation Hearing to **August 25, 2010 at 1:30 p.m.** before the undersigned. The defendant was ordered to remain in the custody of the United States Marshal pending his **sentencing** on **August 24, 2010**, at **11:00 a.m.,** before the **Honorable Thomas A. Varlan**, United States District Judge [Doc. 72].

On August 24, 2010, the defendant had a Sentencing Hearing before the Honorable Thomas A. Varlan resulting in the defendant remaining in the custody of the United States Marshal [Doc. 82].

Therefore, the Revocation Hearing set before the undersigned on August 25, 2010 at 1:30 p.m. is **CANCELLED** and the Sealed Petition for Actions on Conditions of Pretrial Release [Doc. 52] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

**ENTER:**

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge